UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:14-CR-255-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| LOGAN SCOTT FARMER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon Defendant's Motion to Seal Defendant's Motion for Downward Departure (DE 51) filed on January 22, 2016, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion for Downward Departure (DE 51) be sealed.

This _25th_ day of _January_, 2016.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge